**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


ROBERT WORSTER

      v.                                    Civil No.  3:02CV167(EBB)

CARLSON WAGONLIT TRAVEL, INC.


## JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on January 4, 2005, a Memorandum of Decision on Motion for Summary Judgment entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 6th day of January, 2005.


                                    KEVIN F.  ROWE, CLERK
                                    By
                                         /s/
                                    Melissa Ruocco
                                    Deputy Clerk


EOD: _____