UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT WORSTER<br>Plaintiff<br><br>v.<br><br>CARLSON WAGONLIT TRAVEL, INC.<br>Defendant | CIVIL ACTION NO:<br>3:02CV167 (EBB)<br><br><br><br><br>January 18, 2005 |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

On January 4, 2005, the Court granted the defendant's motion for summary judgment in the above-captioned matter, dismissing the plaintiff's claims that his former employer violated the Family and Medical Leave Act, 29 U.S. 2611 et seq. and, by its conduct, negligently inflicted emotional distress on the plaintiff.[1] The plaintiff now respectfully requests that the Court reconsider its grant of summary judgment to the defendant with respect to the plaintiff's FMLA and negligent infliction of emotional distress claims. As set out more fully in the attached memorandum, the plaintiff contends that the Court committed clear errors of law and therefore requests that the Court reconsider its grant of summary judgment as to these two claims and enter an order denying that portion of the defendant's motion.

In the instant case, the plaintiff respectfully brings to the Court's attention its error in regard to the dismissal of two counts of the Complaint. First, the plaintiff

---

[1] While the Court's decision addressed all five counts of the plaintiff's complaint, the plaintiff is only asking that the Court reconsider its decision with regard to Counts 4 and 5. However, the plaintiff is reserving his right to file an appeal with regard to all of the claims surrounding his termination.

- 2 -

believes that the Court erred in its analysis regarding the plaintiff's FMLA claim, particularly in light of the Department of Labor regulations pertaining to outside employment while on Family and Medical Leave. Second, the plaintiff wants to bring to this Court's attention the recent decision of the Connecticut Appellate Court regarding negligent infliction of emotional distress claims. In that case, the Appellate Court clarified the standard for such a claim. Under current law, this Court's determination as to the appropriate standard for a claim of negligent infliction of emotional distress, is plainly contrary to existing Connecticut law on this issue.

Therefore, the plaintiff respectfully requests that the Court reconsider its grant of summary judgment with regard to the plaintiff's FMLA and negligent infliction of emotional distress claims, and enter an order denying that portion of the defendant's motion.

RESPECTFULLY SUBMITTED
THE PLAINTIFF,

By: _____
Deborah L. McKenna ct17326
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn,
  & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

  This is to certify that the foregoing Plaintiff's Motion for Reconsideration has been mailed, first-class, postage pre-paid on this 18th day of January 2005 to all counsel of record as follow:

Karl M. Terrell
Stokes & Murphy, P.C.
3593 Hemphill Street
P.O. Box 87468
Atlanta, GA  30337


_____
Deborah L. McKenna