UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Robert Worster

        v.                                                CIVIL CASE NO.   3:02CV167 (EBB)

Carlson Wagonlit Travel, Inc.

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Robert Worster__ hereby gives notice and
                                                          (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
__Memorandum of Decision on Motion for Summary Judgment__

2. The Judgment /Order in this action was entered on __1/6/05__ .
                                                                            (date)

                                                                            _/s/ signature_
                                                                                Signature

                                                    __Deborah L. McKenna__
                                                              Print Name

                                                  __557 Prospect Avenue__

                    __ct17326__            __Hartford, CT   06105-2922__
                                                                     Address

Date:__2/4/05__                              __860-233-9821__
                                                                 Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT WORSTER

v.  Civil No. 3:02CV167(EBB)

CARLSON WAGONLIT TRAVEL, INC.

## JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on January 4, 2005, a Memorandum of Decision on Motion for Summary Judgment entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 6th day of January, 2005.

KEVIN F. ROWE, CLERK
By
_____/s/_____
Melissa Ruocco
Deputy Clerk

EOD: _____