UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 7/18/05
Docket Number: 05-0716-cv
Short Title: Worster v. Carlson Wagonlit
DC Docket Number: 02-cv-167
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Ellen Burns

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 15 day of July, two thousand five.

Worster v. Carlson                    05-0716-cv

### REINSTATEMENT ORDER

This appeal having been stayed as per Rule 4(a)4 of the Federal Rules of Appellate Procedure. Attorney for the plaintiff-appellant Worster having submitted ruling on motion for reconsideration, dated 7/6/05, endorsed by Hon. Ellen Bree Burns, Senior Judge, USDC, said appeal is hereby **REINSTATED**

For the Court,
Roseann B. MacKechnie, Clerk

By: Eniola O. Ajayi
Deputy Clerk

THE CERTIFIED (✓) ORDER ( ) NOTICE
( ) STATEMENT OF COST,
HAS BEEN RECEIVED,

BY: _____   DATE: _____