CT/NH
DC: 02-cv-167
DC Judge: Ellen Burns

UNITED STATES COURT of APPEALS
for the SECOND CIRCUIT

WORSTER

v.

CARLSON WAGONLIT

Amended Scheduling Order

Docket No. 05-0716-cv

Civil Appeal Schedule
Order #

The appeal is now "active" under FRAP 4(a)(4).

A pre-argument conference has been held herein. ~~Counsel for the parties have requested modification of the previous scheduling order. Accordingly, the~~ scheduling order is hereby ~~modified only to the following extent:~~ entered.

   IT IS HEREBY ORDERED that the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before Sept. 26, 2005;

   IT IS HEREBY ORDERED that the appellant's brief and the joint appendix shall be filed on or before Oct. 3, 2005;

   IT IS FURTHER ORDERED that the brief of the appellee shall be filed on or before Nov. 2, 2005.

   IT IS FURTHER ORDERED that the ten (10) copies of each brief shall be filed with the Clerk.

   IT IS FURTHER ORDERED that the argument of the appeal may be as early as the week of Dec. 14, 2005.

   All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

   IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

   IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subject to such sanctions as the court may deem appropriate.

Date: Aug. 3, 2005

Roseann B. MacKechnie, Clerk
by
Stanley A. Bass,
Staff Counsel